U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee

# memorandum

DATE: January 15, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: James Thomas
Docket No.: 3:06-00148-01

TO: The Honorable U.S. District Judge
(sentenced by The Honorable Robert L. Echols, U.S. District Judge)

On August 28, 2012, the following evidence was seized during the offender's period of supervised release and her case has concluded.

On August 28, 2012, United States Probation Officer Joshua Smith performed a home inspection at the offender's residence. Officer Smith observed in plain view a packet of synthetic marijuana and a pipe by an ash tray on a night stand in an open bedroom. The contraband was confiscated.

We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
| --- | --- | --- |
| 3333 | 2 | Pipe and package (drug paraphernalia) |

Thank you for your time and consideration in this matter.

Approved: _[signature]_
The Honorable U.S. District Judge  TRAUGER